UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY LALTOO,

    Petitioner,

v.                                         Case No. 6:05-cv-466-Orl-18KRS

JAMES CROSBY,

    Respondent.

**ORDER**

Respondents filed a Response (Doc. No. 6, filed June 20, 2005), in which they incorporate a request to dismiss the Petition. They submitted numerous documents in support of their request to dismiss the Petition. Petitioner filed a Reply to the Response (Doc. No. 9, filed July 11, 2005).

Although Petitioner filed a reply, given the significance of these proceedings, the Court finds it prudent to advise him regarding the importance of a reply and to permit him to file an amended reply, if he desires.

Petitioner should not depend upon the mere allegations in his pleadings to counter the Response. Petitioner should respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute. If Petitioner's reply fails to demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response are established as true and that there is no genuine issue of material fact in dispute. In that event, if the applicable law allows, Respondents will be entitled to have the case dismissed and final judgment entered in their favor based upon the

pleadings, affidavits, and other documentation. In that event, there will be no evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have **THIRTY (30) DAYS** from the date of this order to file an amended reply to the Response. Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice. Petitioner is again warned that an order could result in the case being terminated without any further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this 14th day of July, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 7/14
Counsel of Record
Anthony Laltoo